AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 27 2009

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| MICHAEL STEELE | Case No. 4:08CR00345-02 HDY |
| | USM No. |
| | JEROME E. LARKOWSKI |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  1 of Misdemeanor Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 922(m) & 924(a)(3)(B) | Firearms Record-Keeping Violation | 03/31/2007 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 25.00 | $ 1,250.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 2675

Defendant's Year of Birth: 1960

City and State of Defendant's Residence:
Russellville, Arkansas

01/27/2009
Date of Imposition of Judgment

_____
Signature of Judge

United States Magistrate Judge
Name and Title of Judge

01/27/2009
Date